Second National Bank of Louisville *v.* National State Bank of New Jersey.

**Appeal—Transcript of Record.**

     Before the Court of Appeals can revise the judgment of a trial court, one of the parties must, within the prescribed time, file in the clerk's office an authenticated copy of the record.

APPEAL FROM LOUISVILLE CHANCERY COURT.

June 12, 1874.

OPINION BY JUDGE LINDSAY:

Our power to revise the judgments of inferior tribunals in cases in which appeals lie to this court, arises, when, within the prescribed time, one or the other of the parties to the judgment shall file in the clerk's office "an authenticated copy of the record." Secs. 879, 880, Civil Code of Practice. The Code makes no provisions for the prosecution of appeals upon agreed records.

In cases in which the copy of the record has been made out and authenticated, as provided by law, this court has in some instances allowed omitted portions to be supplied, and mistakes to be corrected by the agreement of parties; but we are aware of no case in which the judgment of an inferior court has been reviewed upon a record wholly unauthenticated. We can not consent to carry a practice, of doubtful propriety at best, to such a length. In this case, we have no official information that any such action, as that mentioned in the printed transcript, has ever been instituted in the Louisville Chancery Court; and there is no legal evidence before us showing that any such judgment as that which we are asked to review, has been rendered by said court.

The order of submission is set aside, and appellant is required to file and authenticate a copy of the record within sixty days, upon pain of having his appeal dismissed.

———, for appellant.

———, for appellee.